

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00277-CV

Susan Rebecca **CAMMACK**,
Appellant

v.

**BANK OF NEW YORK MELLON** f/k/a The Bank of New York as Trustee for the
Certificateholders of CWABS 2004-05,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 17695B
The Honorable Stephen B. Ables, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. No costs of appeal are taxed against appellant because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED April 10, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice